**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 04-1083**

—————————

CURLEE SHERMAN,

Plaintiff - Appellant,

versus

DEPARTMENT OF SOCIAL SERVICES,

Defendant - Appellee.

—————————

**No. 04-1296**

—————————

CURLEE SHERMAN,

Plaintiff - Appellant,

versus

DEPARTMENT OF SOCIAL SERVICES,

Defendant - Appellee,

—————————

**No. 04-1303**

—————————

CURLEE SHERMAN,

Plaintiff - Appellant,

versus

DEPARTMENT OF SOCIAL SERVICES ORANGEBURG
COUNTY,

                                    Defendant - Appellee.

_____

Appeals from the United States District Court for the District of
South Carolina, at Orangeburg.  Margaret B. Seymour, District
Judge.  (CA-03-3794-5-24BC; CA-04-160-5)

_____

Submitted:  May 28, 2004                Decided:  June 18, 2004

_____

Before NIEMEYER, WILLIAMS, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Curlee Sherman, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Curlee Sherman appeals the district court's orders in No. 04-1083 and No. 04-1303 accepting the recommendations of the magistrate judge and denying relief on his complaints based on Eleventh Amendment immunity. In No. 04-1296, he appeals the district court's denial of his motion for transcripts relating to No. 04-1083. We have reviewed the records and find no reversible error. Accordingly, we deny Sherman's motions for general relief and his appellate motion for transcripts, grant leave to proceed in forma pauperis, and affirm for the reasons stated by the district court. See Sherman v. Department Social Servs., No. CA-03-3794-5-24BC (D.S.C. Dec. 31, 2003; Feb. 24, 2004); No. CA-04-160-5 (D.S.C. Feb. 20, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 3 -